CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 0 2 2007
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 5:04CR30003 |
| ) | |
| YOUNG HO CHUNG ) | |

## ORDER

And now, this 2nd day of November, 2007, the within motion is granted and it is hereby ORDERED and DECREED that the Indictment against YOUNG HO CHUNG be and the same is hereby DISMISSED without prejudice, for the reasons stated in the accompanying motion.

The Clerk of this Court at Harrisonburg shall certify a copy of this Order to each of the following: Honorable Wayne Pike, United States Marshal, P.O. Box 2280, Roanoke, Virginia 24009; William P. Ross, Chief, United States Probation Office, P.O. Box 1563, Roanoke, Virginia 24007; and John L. Brownlee, U.S. Attorney, P.O. Box 1709, Roanoke, Virginia 24008-1709.

ENTERED this 2nd day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE